IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                            No. 04-10049-T

EDDIE LEONDRE DAVIDSON,

    Defendant.

## ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant Eddie Leondre Davidson, without objection from the government and for good cause shown, the report date which is scheduled for June 10, 2005, and the trial date which is currently scheduled for June 20, 2005, are hereby continued. Defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. Accordingly, the trial is continued from June 20, 2005, to August 22, 2005, at 9:30 A.M. The resulting period of delay, from June 20, 2005, to August 22, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

The report/motion date has been reset for August 10, 2005, at 8:30 a.m.

IT IS SO ORDERED.

                                   JAMES D. TODD
                                   UNITED STATES DISTRICT JUDGE

DATE: 6 June 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 06-07-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:04-CR-10049 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT