IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

vs                                Criminal No. 1:04-10049-01T

EDDIE LEEONDRE DAVIDSON

### ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

At the request of counsel for the government and defendant, the trial date in the above styled matter is hereby continued to allow counsel additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk shall **reset** the **TRIAL DATE** for **Wednesday, January 4 2006, at 9:30 A.M.** The Court finds that the grounds for this continuance justified excluding the period of December 19, 2005, to January 4, 2006, as excludable delay under Title 18 U.S.C.§3161(h)(3)(A).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 13 December 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12/14/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 1:04-CR-10049 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Eddie Leeondre Davidson
515 S. Liberty St., Ste. 100
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT