IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No.  04-10049-T |
| | ) | |
| EDDIE LEONDRE DAVIDSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION TO SUPPRESS

Defendant Eddie Leondre Davidson, by and through counsel, has moved to suppress search of defendant on or about March 2, 2004.  A hearing on the motion was held on December 8, 2005, at which time the court heard the testimony of witnesses and statements of counsel.  Based upon the evidence presented, and for the reasons stated in open court on December 8, 2005,  defendant's motion to suppress is denied.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

9 December 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12-14-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 1:04-CR-10049 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Eddie Leeondre Davidson
515 S. Liberty St., Ste. 100
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT