IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _ev_ D.C.

05 DEC 23 AM 11: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES, | ) |
| Plaintiff, | ) |
| V. | ) No. 04-10049-T-An |
| EDDIE LEONDRE DAVIDSON, | ) |
| Defendant. | ) |

## ORDER OF REFERENCE

Defense counsel's motion to be relieved from further representation is hereby REFERRED to Magistrate S. Thomas Anderson for a determination.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_23 December 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-27-05_

(40)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 1:04-CR-10049 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT