# UNITED STATES DISTRICT COURT
Western District of Tennessee

FILED IN OPEN COURT:
DATE: 12-29-05
TIME: 3:27 PM
INITIALS: e

WESTERN DISTRICT OF TN

United States of America

v.

Eddie L. Davidson

Case No. 04-10049-T

## ORDER RELIEVING FEDERAL DEFENDER

The Federal Defender's Office had previously been appointed to represent the defendant in this matter. Attorney Dianne Smothers filed a motion to be relieved as counsel for the defendant and the court held a hearing on that motion. After questioning the defendant and counsel, it is the court's opinion that the Federal Defender's office should be, and is hereby, relieved of further representation of this defendant. Counsel from the CJA panel will be appointed to represent the defendant in this case.

This 29th day of December, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or Rule 32(b) FRCrP on 12-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:04-CR-10049 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT